# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MEDALLION FINANCIAL SERVS. LLC,

    Plaintiff,

v.

                                                     No. 2:19-cv-02543-MSN-tmp

ODES INDUSTRIES, LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed June 16, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice, filed July 11, 2022, (ECF No. 9), and under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) which permits dismissal of actions without a court order, settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 11, 2022
Date